UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8971-MEMF (AS) | Date | May 26, 2023 |
|---|---|---|---|
| Title | Demetric Andre Brooks v. Patrick Covello, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 3, 2022, the Court issued an order granting Petitioner's motion for a stay and abeyance of his Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ("Petition") to permit Petitioner to file state habeas petitions seeking to exhaust his claims in state court. (Dkt. No. 13). Petitioner was ordered, "[b]eginning May 4, 2022, and every sixty (60) days thereafter, [ ] [to] file a "Status Report" setting forth all activity that has occurred since the filing of . . . the previous Status Report[.]" Id. Petitioner was warned that the "[f]ailure to file a required Status Report in accordance with [the Court's] Order may result in a recommendation that this action be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." Id.

Petitioner filed status reports on June 8, 2023 (Dkt. No. 17), January 3, 2023 (Dkt. No. 23), and March 13, 2023 (Dkt. No. 25). On March 14, 2023, the Court issued an Order directing Petitioner to file his next status report "no later than May 14, 2023 and every sixty (60) days thereafter setting forth his efforts to exhaust the claims in his federal petition." (Dkt. No. 26).

That deadline - May 14, 2023 - has now passed, and yet Petitioner has once again failed to file a status report or otherwise communicate with the Court regarding his efforts to exhaust the claims in his Petition.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21) days** of the date of this Order (by no later than **June 16, 2023**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8971-MEMF (AS) | Date | May 26, 2023 |
|---|---|---|---|
| Title | Demetric Andre Brooks v. Patrick Covello, Warden | | |

orders.  Petitioner may discharge this Order by filing a Status Report or by filing a declaration under penalty of perjury stating why he is unable to do so.[1]

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  <u>A Notice of Dismissal form is attached for Petitioner's convenience</u>.**

**Petitioner is warned that the failure to timely file a response to this Order <u>may</u> result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |

---

[1] The Court has previously issued two Orders to Show Cause due to Petitioner's failure to submit timely status reports. <u>See</u> Dkt. Nos. 19 and 22.  The Court notes that, according to the California appellate courts website, <u>see</u> *appellate cases.courtinfo.ca.gov*, (accessed on May 26, 2023), a habeas petition filed by Petitioner in case number B321045 was dismissed on September 2, 2022, and Petitioner does not appear to have subsequently filed a habeas petition in the California Supreme Court.