UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8971-MEMF (AS) | Date | August 9, 2023 |
|---|---|---|---|
| Title | Demetric Andre Brooks v. Patrick Covello, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 3, 2022, the Court issued an order granting Petitioner's motion for a stay and abeyance of his Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ("Petition") to permit Petitioner to file state habeas petitions seeking to exhaust his claims in state court. (Dkt. No. 13). Petitioner was ordered, "[b]eginning May 4, 2022, and every sixty (60) days thereafter, [ ] [to] file a "Status Report" setting forth all activity that has occurred since the filing of . . . the previous Status Report[.]" Id. Petitioner was warned that the "[f]ailure to file a required Status Report in accordance with [the Court's] Order may result in a recommendation that this action be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." Id.

Petitioner filed status reports on June 8, 2023 (Dkt. No. 17), January 3, 2023 (Dkt. No. 23), and March 13, 2023 (Dkt. No. 25). On March 14, 2023, the Court issued an Order directing Petitioner to file his next status report "no later than May 14, 2023 and every sixty (60) days thereafter setting forth his efforts to exhaust the claims in his federal petition." (Dkt. No. 26). When Petitioner failed to file a status report, the Court, on May 26. 2023, issued an Order to Show Cause ("OSC" )why this case should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. (Dkt. No. 27). On June 23, 2023, Petitioner filed a response to the OSC stating that he had "new information to add as a response to the Status Report[,]" but failed to include any such information or provide the Court with the status of his efforts to exhaust the claims in his federal petition. (Dkt. No. 28). On June 30, 2023, the Court issued an order discharging the OSC and ordered Petitioner "to file a status report - no later than 30 days from the date of [the] Order stating whether he has filed a habeas petition in the California Court of Appeal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8971-MEMF (AS) | Date | August 9, 2023 |
|---|---|---|---|
| Title | Demetric Andre Brooks v. Patrick Covello, Warden | | |

and/or the California Supreme Court, the date on which the petition(s) was filed and the case number(s)." (Dkt. No. 30).

That deadline - July 31, 2023 - has now passed, and yet Petitioner has once again failed to file a status report or otherwise communicate with the Court regarding his efforts to exhaust the claims in his Petition.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21) days** of the date of this Order (by no later than **August 31, 2023**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by filing a Status Report or by filing a declaration under penalty of perjury stating why he is unable to do so.[1]

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.**

**Petitioner is warned that the failure to timely file a response to this Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders. See Fed. R. Civ. P. 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |

---

[1] The Court has now issued three Orders to Show Cause due to Petitioner's failure to submit timely status reports. See Dkt. Nos. 19, 22, and 27. Petitioner is again warned that **failure to timely file a response to this Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders. See Fed. R. Civ. P. 41(b).**