UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-08971-MEMF (AS) | Date | February 8, 2024 |
|---|---|---|---|
| Title | *Demetric Andre Brooks v. Patrick Covello, Warden* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| Not present | Not present |

**Proceedings (In Chambers):**   **(SECOND) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On October 3, 2023, the Court issued an Order to Show Cause ("OSC") directing Petitioner to show cause no later than October 24, 2023, why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders.[1] (Dkt. No. 32). Petitioner did not respond to the OSC, and on December 18, 2023, the Court issued a Report and Recommendation to the District Judge, recommending that his petition be dismissed without prejudice for failure to prosecute and for disobeying court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Dkt. No. 34).

On November 30, 2023, a clerk at the California Medical Facility in Vacaville, CA, where Petitioner is an inmate, sent a letter notifying the Court that Petitioner had not been granted access to the law library at the facility and was unable to respond to the Court's October 3, 2023, OSC. (Dkt. No. 35). The letter was filed and docketed on December 11, 2023, and entered on December 20, 2023. (Id.). On December 20, 2023, the Court construed the letter as a request for an extension of time to respond to its OSC and granted it, ordering Petitioner to respond no later than January 22, 2024, and vacated its Report and Recommendation. (Dkt. No. 37).

To date, Petitioner has failed to respond to the Court's October 3, 2023, OSC, request another extension of time, or otherwise communicate with the Court.

Accordingly, Petitioner is once again **ORDERED TO SHOW CAUSE, in writing, no later than February 29, 2024**, why this action should not be dismissed with prejudice for failure to prosecute. This

---

[1] The Court had previously issued four Orders to Show Cause due to Petitioner's failure to submit timely status reports. See Dkt. Nos. 19, 22, 27, and 31.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-08971-MEMF (AS) | Date | February 8, 2024 |
|---|---|---|---|
| Title | *Demetric Andre Brooks v. Patrick Covello, Warden* | | |

Order will be discharged upon the filing of a Status Report or by filing a declaration under penalty of perjury stating why he is unable to do so.

If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Petitioner's convenience. <u>Petitioner is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>. Petitioner is further warned that he will not be granted further extensions of time, absent extraordinary circumstances.

**IT IS SO ORDERED.**

cc:   Maame Ewusi-Mensah Frimpong
      United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |