3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 21-08971-MEMF (AS) | Date | July 12, 2024 |
|---|---|---|---|
| Title | *Demetric Andre Brooks v. Patrick Covello, Warden* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Petitioner: | Attorney Present for Respondent: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **(THIRD) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

The Court has ordered Petitioner to file status reports every sixty (60) days informing the Court whether he has filed a habeas petition in the California Court of Appeal and/or the California Supreme Court, the date on which the petition(s) was filed and the case number(s). (Dkt. Nos. 13, 24).

On April 19, 2024, Petitioner filed a status report and declaration stating that he did not know if he had filed a state habeas petition. (Dkt. Nos. 43-44). Petitioner's next status report was due on June 17, 2024, and to date, Petitioner has not filed a report, sought an extension to do so, or communicated with the Court.

Accordingly, Petitioner is once again ORDERED TO SHOW CAUSE, IN WRITING, no later than **August 12. 2024**, why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders.[1]  This Order will be discharged upon the filing of a Status Report or by filing a declaration under penalty of perjury stating why he is unable to do so.

If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Petitioner's convenience. <u>Petitioner is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>. Petitioner is further warned that he will not be granted further extensions of time, absent extraordinary circumstances.

**IT IS SO ORDERED.**

---

[1] The Court had previously issued four Orders to Show Cause due to Petitioner's failure to submit timely status reports. <u>See</u> Dkt. Nos. 19, 22, 27, 31, 32, and 38.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-08971-MEMF (AS) | Date | July 12, 2024 |
|---|---|---|---|
| Title | *Demetric Andre Brooks v. Patrick Covello, Warden* | | |

cc:   Maame Ewusi-Mensah Frimpong
       United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |